UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHATEREUS SHINEQUA COLVIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SENIOR HOUSING ALTERNATIVES, ) <br> INC., d/b/a SUMMIT VIEW SENIOR ) <br> COMMUNITY, ) <br> ) <br> Defendant. ) | No.: 1:21-cv-78-TAV-SKL |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by Chief United States Magistrate Judge Susan K. Lee, on January 11, 2022 [Doc. 16]. In the R&R, Judge Lee recommends that the Court dismiss plaintiff's complaint as a sanction for her failure to respond to discovery requests, submit required disclosures, participate in required planning and reporting under Rule 26, and show cause why a default judgment should not be entered against her [Doc. 16]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Judge Lee's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 16]. Plaintiff's complaint is hereby

**DISMISSED**, pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
    CLERK OF COURT